O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE GUERRERO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GREG LEWIS, WARDEN, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 12-2339 CAS (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, petitioner's objections to the Report and Respondent's reply to petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 11, 2012

_____
Christina A. Snyder
United States District Judge