JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JORGE GUERRERO, | ) | Case No. CV 12-2339-CAS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GREG LEWIS, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: October 11, 2012

_____
Christina A. Snyder
United States District Judge